**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
RMP CAPITAL CORP.,

                Plaintiff,

   -against-

BAM BROKERAGE, INC. d/b/a ON THE
EDGE MARKETING, CREATIVE OUTDOOR
DISTRIBUTORS, INC., CREATIVE
OUTDOOR DISTRIBUTORS USA, INC., and
BRIAN HOROWITZ,

                Defendants.
---------------------------------------------------------X
BAM BROKERAGE, INC. d/b/a ON THE
EDGE MARKETING,

                Counterclaim Plaintiff,

   -against-

RMP CAPITAL CORP., RMP TRADE
CREDIT, LLC, and RMP MANAGED
RECEIVABLES, INC.,

                Counterclaim Defendants.
---------------------------------------------------------X

**MEMORANDUM OF DECISION AND ORDER**
14-CV-881(ADS)(WDW)

**APPEARANCES:**

**Reisman, Peirez & Reisman, LLP**
*Attorneys for the Plaintiff and Counterclaim Defendants RMP Capital Corp.; RMP Trade Credit, LLC; and RMP Managed Receivables, Inc.*
1305 Franklin Avenue
Garden City, NY 11530
   By: David H. Peirez, Esq.
        Jerome Reisman, Esq., Of Counsel

**Blakeley & Blakeley LLP**
*Attorneys for the Defendants and Counterclaim Plaintiff*
54 West 40th Street
New York, NY 10018
   By: David M. Mannion, Esq., Of Counsel

**SPATT, District Judge**.

I hereby recuse myself from the above-captioned case.

**SO ORDERED.**
Dated: Central Islip, New York
October 3, 2014

                                                     _____*/s/ Arthur D. Spatt*_____
                                                         ARTHUR D. SPATT
                                                   United States District Judge