UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RMP CAPITAL CORP.,

                       Plaintiff,

   -against-

BAM BROKERAGE, INC., et al.

                      Defendants.
-------------------------------------------------------X

**ORDER ADOPTING R & R**
Civil Action No. 14-881(DRH)(SIL)

**HURLEY, Senior District Judge:**

Presently before the Court is the Report and Recommendation, dated November 3, 2016, of Magistrate Judge Steven I,. Locke recommending that the ex parte motion of Reisman Peirez Reisman & Capobianco LLP for an order fixing the amount of a charging lien for unpaid legal fees by Plaintiff and Counterclaim Defendant RMP Capital Corp., counterclaim Defendant RMP Trade Credit, LLC and Counterclaim Defendant Matthew Davis in the amount of $92,241.74. More than fourteen days have elapsed since service of the Report and Recommendation and no objections have been filed.

      Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, this Court adopts the November 3, 2016 Report and Recommendation of Judge Locke as if set forth herein. Accordingly, an Order shall enter fixing $92,241.74 as the amount of movant's charging lien.

**SO ORDERED.**

Dated: Central Islip, N.Y.
       December 8, 2016

                                                        /s/ Denis R. Hurley
                                                        Denis R. Hurley,
                                                        United States District Judge